■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RODRIGUEZ, Appellant. [46 NYS3d 796]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered June 27, 2014, convicting defendant, upon his plea of guilty, of operating as a major trafficker and conspiracy in the second degree, and sentencing him to an aggregate term of 13 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence on the trafficking conviction to 10 years, and otherwise affirmed.

We do not find that defendant made a valid appeal waiver, and we find the sentence excessive to the extent indicated. Concur—Friedman, J.P., Mazzarelli, Andrias, Feinman and Gesmer, JJ.